UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCOTTSDALE INSURANCE COMPANY,

      Plaintiff,

-against-

PATRICK M. MCGRATH, and AH DB KITCHEN INVESTORS LLC, and CASTLEGRACE EQUITY INVESTORS, LLC,

      Defendants.

PATRICK MCGRATH,

      Counter- and Third-Party Plaintiff,

-against-

SCOTTSDALE INSURANCE COMPANY,

      Counter-Defendant,

CRAVEABLE HOSPITALITY GROUP f/k/a WATERSHED VENTURES, LLC,

      Third-Party Defendant.

19 Civ. 7477 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  At the initial pretrial conference, the parties were directed to submit a joint letter by November 20, 2019 updating the Court on the retention of a private mediator. *See* ECF No. 24 ¶ 14. That submission is now overdue. Accordingly, by **November 25, 2019**, the parties shall file their status letter.

  SO ORDERED.

Dated: November 22, 2019
   New York, New York

                  ANALISA TORRES
                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/2019