UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
: 
SCOTTSDALE INSURANCE COMPANY, :
:
:
plaintiff, :
: 19-cv-7477 (LJL)
-v- :
: ORDER
PATRICK M. MCGRATH, and AH DB KITCHEN :
INVESTORS LLC, and CASTLEGRACE EQUITY :
INVESTORS, LLC :
:
Defendants. X
-----------------------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/2020

LEWIS J. LIMAN, United States District Judge:

This case has been randomly reassigned to me for all purposes. It is hereby:

ORDERED that the post-discovery conference previously scheduled for March 18, 2020 at 10:40 a.m. is hereby ADJOURNED to May 15, 2020 at 10:00 a.m. in Courtroom 15C of the U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, New York.

In advance of the conference and no later than April 29, 2020, any party intending to move for summary judgment shall file on ECF a letter, not to exceed three pages in length, setting forth the basis for any anticipated summary judgement motion, including the legal standards and elements governing the claims at issue. Any party intending to oppose that motion shall file on ECF a letter, not to exceed three pages in length, setting forth anticipated arguments in opposition by May 6, 2020. The content and timing for any anticipated motions for summary judgment will be discussed at the March 15, 2020 status conference.

SO ORDERED

Dated: February 13, 2020
         New York, New York                            _____
                                                                 LEWIS J. LIMAN
                                                                 United States District Judge