```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __1/23/2024__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                    :
SCOTTSDALE INSURANCE COMPANY,                                       :
                                                                    :
                        Plaintiff,                                  :
                                                                    :          19-cv-7477 (LJL)
        -v-                                                         :
                                                                    :          ORDER
PATRICK MCGRATH, AH DB KITCHEN                                      :
INVESTORS LLC, and CASTLEGRACE EQUITY                               :
INVESTORS, LLC,                                                     :
                                                                    :
                        Defendants.                                 :
                                                                    :
-------------------------------------------------------------------X
                                                                    :
PATRICK MCGRATH,                                                    :
                                                                    :
                        Third-Party Plaintiff,                      :
                                                                    :
        -v-                                                         :
                                                                    :
CRAVEABLE HOSPITALITY GROUP f/k/a                                   :
WATERSHED VENTURES, LLC,                                            :
                                                                    :
                        Third-Party Defendant.                      :
                                                                    :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       As stated at today's teleconference, Plaintiff and Defendants shall file any motion(s) to vacate the stipulated conditional final judgment, Dkt. No. 80, on or before February 13, 2024. If the parties file a motion to vacate, the Court will schedule a further status conference in this case when the Court rules on that motion.


       SO ORDERED.


Dated: January 23, 2024                         _____
      New York, New York                              LEWIS J. LIMAN
                                                        United States District Judge