# ANDERSON KILL P.C.

Attorneys and Counsellors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733

www.andersonkill.com

> The Court construes proposed intervenor Hanford Holdings LLC's letter as one to withdraw its motion to intervene at Dkt. No. 91 without prejudice to filing a renewed motion to intervene following the filing of any motion to vacate the stipulated judgment. The application is GRANTED and the motion at Dkt. No. 91 is deemed withdrawn without prejudice to renewal. Should any party file a motion to vacate the stipulated judgment or seek any other relief from the Court, Hanford Holdings LLC may renew its motion and, upon making a renewed motion, may also request to be heard at any status conference.

Jeffrey E. Glen, Esq.
Jglen@andersonkill.com
212-278-1009

January 30, 2024

Hon. Lewis J. Liman
United States District Judge
United States Courthouse
500 Pearl Street New York, NY 10007

Date: January 30, 2024
SO ORDERED.
LEWIS J. LIMAN
United States District Judge

Re: <u>Scottsdale Ins. Co. v. Patrick M. McGrath, et al.</u>, No. 1:19-cv-07477 (LJL)

Dear Judge Liman:

I am lead counsel for Hanford Holdings LLC ("Hanford").

First, I am writing to apologize to you and to counsel for my inability to participate in the virtual conference held in this matter on January 23, 2024. I was in the mountains of Puerto Rico and was unable to join the conference from my phone. Mr. Luke McGrath, attorney for Patrick McGrath, has emailed me and described briefly the proceedings, and I have accessed the Court's order, Doc. No. 99.

I note that that Court has provided that plaintiff or any defendant may move to vacate the stipulated conditional final judgment, on or before February 13, 2024, and that if any party so moves the Court will set a further status conference.

Hanford is a judgment creditor of Patrick McGrath, and on December 26, 2023 filed a motion to intervene in this action, Doc. No. 94. Hanford takes the position in this motion that the decision of the Court of Appeals has the effect of bringing to fruition the obligation of Scottsdale Ins. Co. ("Scottsdale") to make a payment to Patrick McGrath, and Hanford seeks to be permitted to file a turnover petition for some or all of such payment. The motion to intervene has not yet been heard; Hanford stipulated with Luke McGrath for him to file responsive papers on behalf of Patrick McGrath, and will similarly stipulate with Scottsdale if it wishes to file such papers.

Unless and until Scottsdale and/or Patrick McGrath make the motion contemplated in Doc. No. 99, Hanford cannot decide whether to support or oppose such motion. Scottsdale and Patrick McGrath may decide to meet the conditions and suggestions of the Circuit Court and forego their respective appeals, in which case Hanford will pursue rights as a judgment creditor. Scottsdale and/or Patrick McGrath may decide to seek to vacate the conditional final judgment and to pursue their respective appeals, or may seek to pursue further activities within the present proceeding; in either case Hanford will have to consider whether its interests are best

# ANDERSON KILL P.C.

Hon. Lewis J. Liman
United States District Judge
Page 2
January 30, 2024

served by pursuing its motion to intervene in order to protect its status as judgment creditor.

       In order not to further complicate matters and to avoid unnecessary litigation expenses, Hanford respectfully requests that further action regarding its pending motion to intervene be placed on hold until the present parties to this action file – or elect not to file – the motions contemplated in Doc. No. 99.  If such motion or motions are filed, Hanford respectfully requests that it be permitted to participate in the contemplated status conference, and at that conference to be permitted to file papers responsive to such motion or motion, and to if appropriate seek from the Court a schedule for briefing and arguing Hanford's motion to intervene.

                             Sincerely yours,

                             */s/ Jeffrey E. Glen*
                              Jeffrey E. Glen