**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X
SCOTTSDALE INSURANCE COMPANY,

        Plaintiff,

  -v-

PATRICK MCGRATH, AH DB KITCHEN INVESTORS LLC, and CASTLEGRACE EQUITY INVESTORS, LLC,

        Defendants.
-----------------------------------------------------------------X
PATRICK MCGRATH,

        Third-Party Plaintiff,        19 **CIVIL** 7477 (LJL)

  -against-                                       **JUDGMENT**

SCOTTSDALE INSURANCE COMPANY,

        Third-Party Defendant.
-----------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 2, 2025, Scottsdale's motion for summary judgment is GRANTED IN PART and DENIED IN PART. McGrath's motion for summary judgment is DENIED; accordingly, the case is closed.

**Dated:** New York, New York
      September 2, 2025

                                                  **TAMMI M. HELLWIG**
                                                    **Clerk of Court**

                          **BY:**      K. Mango

                                                      **Deputy Clerk**